COMMONWEALTH of Pennsylvania, Respondent

v.

**Brian Timothy MCMULLEN, Petitioner**

**No. 113 WAL 2017**

Supreme Court of Pennsylvania.

August 23, 2017

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Robert HUDSON, Petitioner**

**No. 114 WAL 2017**

Supreme Court of Pennsylvania.

August 23, 2017

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.